The Most Worshipful St. Mark Grand Lodge of Free & Accepted Ancient York Masons, Compact, Prince Hall Origin, Inc., Appellant, v. Barney Stillerman and Bettie Stillerman, Appellees, Ada S. Verbarg and Herman C. Verbarg, Intervening Petitioners Below, Appellees.

Gen. No. 47,649.

First District, First Division.

March 23, 1959.

Released for publication May 13, 1959.

I.

Stanley Pinkett, for appellant; Arvey, Hodes & Mantynband (Jack H. Oppenheim, of counsel) for Barney and Bettie Stillerman, defendants-appellees. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.